**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02081-RPM-MEH

ISAAC STARKEL,

      Plaintiff,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

Upon review of the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: January 27th, 2009

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge